# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Shelly Puklich, | ) | |
| | ) | **ORDER FOR RULE 16(b)** |
| Plaintiff, | ) | **SCHEDULING CONFERENCE** |
| | ) | |
| vs. | ) | |
| | ) | |
| John E. Potter, Postmaster General, | ) | |
| United States Postal Service, | ) | |
| | ) | Case No. 1:06-cv-090 |
| Defendant. | ) | |

_____

The Rule 16(b) initial pretrial scheduling/discovery conference is rescheduled for Friday, August 3, 2007, at 9:00 a.m. CDT. The conference will be held in courtroom #2 at the United States Federal courthouse located at 220 East Rosser Avenue, Bismarck, ND 58502. The court will work with the parties as the scheduling conference to establish pretrial deadlines and formulate a scheduling and discovery plan.

**IT IS SO ORDERED.**

Dated this 18th day of July, 2007.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge